DANIEL M. DAVIS (SBN 065589)
Attorney at Law
816 Alhambra Boulevard
Sacramento, California 95816
Telephone: (916) 441-4586

Attorney for Defendant CALBERT REYNOLD CAESAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:05 CR - 498-LKK |
| Plaintiff, | **ORDER REGARDING PASSPORT** |
| v. | |
| | Judge: Hon. KIMBERLY J. MUELLER |
| CALBERT REYNOLD CAESAR, | |
| Defendant. | |

THIS MATTER came on for hearing before this Court on December 28, 2005 at 2:00 p.m. in front of Judge KIMBERLY J. MUELLER regarding the status of defendant's proposed out of the country travel plans.

The government was represented by Assistant United States Attorney MICHELLE RODRIGUEZ and the defendant was represented by attorney DANIEL M. DAVIS. The parties stipulated in open court and the Court ordered that the defendant CALBERT REYNOLD

1

1  CAESAR may have his passport returned to him for his
2  anticipated travel to Peru on January 17, 2006 and his
3  anticipated return from Peru on January 30, 2006.
4      The Court further orders that the Clerk of Court return
5  defendant's passport to him shortly before his departure, and
6  not before January 12, 2006, and that defendant return his
7  passport to the United States Clerk's Office immediately upon
8  his return to the United States, and no later than February 1,
9  2006.
10
11  THE FOREGOING IS SO ORDERED:
12
13
14
15
16  Dated: January 12, 2006.
17
18
19
20  _____
21      UNITED STATES MAGISTRATE JUDGE
22
23
24
25