UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                                            RE:    Calbert Reynold CAESAR
                                                     Docket Number:   2:05CR00498-01
                                                     PERMISSION TO TRAVEL
                                                     <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The probationer is requesting permission to travel to Trinidad and Tobago, in the Caribbean.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On March 21, 2006, Calbert Reynold Caesar was sentenced for the offense of 42 USC 1383a(a)(2) - False Statements for Use in Determining Supplemental Security Income Benefits.

**Sentence imposed:**  60 months Probation; $29,941.23 restitution; $100 special assessment.  Special Conditions: Not dissipate assests; Financial disclosure and restrictions; 180 days home detention with electronic monitoring, and payment of cost at discretion of probation officer; Submit to DNA collection.

**Dates and Mode of Travel:**  12/19/2007-1/9/2008, by airplane.

**Purpose:**  Mother is gravely ill and he would like to see her before she passes.

RE: Calbert Reynold CAESAR
Docket Number: 2:05CR00498-01
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ Shari R. Simon

**SHARI R. SIMON**
United States Probation Officer

**DATED:** December 7, 2007
Roseville, California
:srs/cd

**REVIEWED BY:**     /s/ Richard A. Ertola
**RICHARD A. ERTOLA**
Supervising United States Probation Officer

---

**ORDER OF THE COURT:**

Approved     ✔          Disapproved _____

 December 7, 2007
**Date**

**HONORABLE LAWRENCE K. KARLTON**
Senior United States District Judge