IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CALBERT R. CAESAR,<br><br>Defendant/Judgment Debtor.<br><br>CATHOLIC HEALTHCARE WEST,<br><br>Garnishee. | 2:05-CR-00498-LKK<br><br><br><br><br><br>**ORDER OF CONTINUING GARNISHMENT (WAGES)** |

It is hereby ordered that the Garnishee, **Catholic Healthcare West**, withhold and pay over to the Clerk of the Court all disposable wages earned by Calbert R. Caesar until the sum of $28,476.23 is paid in full.

Payments must be made in United States currency, certified funds or cashier's check. If payment is made by monetary instrument, the instrument must be made payable to the *Clerk of the Court* and the face of the instrument must indicate that the payment is being made on behalf of *Calbert R. Caesar, Criminal Case No.2:05-CR-00498*. The payment must be delivered to:

> Clerk of the Court
> Robert Matsui Federal Courthouse
> 501 I Street, Suite 4-200
> Sacramento, CA 95814.

**IT IS SO ORDERED.**

Dated this 18th day of September, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order of Continuing Garnishment