IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALBERT R. CAESAR,<br><br>　　　　Defendant/Judgment Debtor. | 2:05-CR-00498-LKK |
| CATHOLIC HEALTHCARE WEST,<br><br>　　　　Garnishee. | **Modified Order of Continuing Garnishment** |

　　　It is hereby ordered that the Garnishee, **Catholic Healthcare West**, withhold and pay over to the Clerk of the Court the sum of Seven Hundred and Fifty Dollars ($750) per pay period from the earnings by Calbert R. Caesar until the principal sum of $28,476.23 together with statutory penalties, interest and attorney's fees is paid in full.

　　　Payments must be made in United States currency, certified funds or cashier's check. If payment is made by monetary instrument, the instrument must be made payable to the *Clerk of the United States Court* and the face of the instrument must indicate that the payment is being made on behalf of *Calbert R. Caesar, Criminal Case No. 2:05-CR-00498*. The payment must be delivered to

　　　　　　Clerk of the Court
　　　　　　Robert Matsui Federal Courthouse
　　　　　　501 I Street, Suite 4-200
　　　　　　Sacramento, CA  95814

　**IT IS SO ORDERED.**

Dated this 4th day of January, 2010

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

Order of Continuing Garnishment　　　　　　　　1